## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION
## www.flmb.uscourts.gov

In re:                                            CASE NO. 6:19-bk-02682-CCJ

**ALAN JAMES NOVOTNY,**                           CHAPTER 11

      Debtor.
_____/

## CHAPTER 11 CASE MANAGEMENT SUMMARY

**ALAN JAMES NOVOTNY**, an individual ("Mr. Novotny" or "Debtor"), by and through his undersigned counsel, and pursuant to Administrative Order FLMB 2009-1, files his Chapter 11 Case Management Summary, and states as follows:

**I.    DESCRIPTION OF DEBTOR'S BUSINESS**

1.   Mr. Novotny is an inventor and business entrepreneur with over 20 years of experience starting, building and managing multifaceted technology companies in biotech and health care related industries. He holds a commercial medical license in Florida. He also holds international certifications and is a qualifying agent for a number of foreign healthcare related companies.

2.   Mr. Novotny current income is based on his work with his company, PuroGen Laboratories, LLC ("PuroGen"). PuroGen sells medical devises and equipment to assist medical professionals and researchers in sterilization of human tissue. The company has just started to see revenue from its efforts, which the Debtor believes will only increase in the foreseeable future.

**II.   EVENTS LEADING TO AND REASONS FOR FILING**

3.   While attempting to establish PuroGen and its business efforts, the Debtor had very little active or passive income. Funds that he had saved from prior endeavors were used for living expenses. However, these amounts were insufficient to cover debt service payments

owed to a number of creditors, mainly related to business debts. Mr. Novotny currently has 6 judgment against him for money damages that, in total, exceed $2,000,000.00.

4. Furthermore, on February 20, 2019 U.S. Bank National Association as Trustee for New York Mortgage Trust 2005-3 Mortgage Backed Notes ("US Bank") obtained a final judgment of foreclosure against the Debtor, inferior lienholders, and his homestead property located at 1250 College Point, Winter Park, Florida 32789 (the "Homestead"). The foreclosure sale of the Homestead was set for April 24, 2019.

5. The Debtor filed this case to reorganize his debts including a resolution of the outstanding judgments and to preserve the equity in the Homestead.

### III. LIST OF MEMBERS AND THEIR SALARIES AND BENEFITS AT THE TIME OF FILING AND DURING ONE YEAR PRIOR TO FILING

6. N/A

### IV. DEBTOR'S ANNUAL GROSS REVENUE

7. Debtor's gross income for the fiscal year 2018 was approximately $25,000.00 from all sources of income. Debtor's gross income year to date for 2019 is approximately $15,000.00, but is expected to increase through the remainder of the year.

### V. AMOUNTS OWED TO VARIOUS CLASSES OF CREDITORS

a. <u>Obligations owed to priority creditors such as governmental creditors for taxes</u>.

None.

b. <u>Identity, collateral, and amounts owed to secured creditors</u>.

(1) US Bank has a lien on the Debtor's Homestead and is owed approximately $2,700,000.00.

(2) Valley National Bank has a second priority lien on the Debtor's Homestead and is owed approximately $400,000.00.

c. <u>Amount of unsecured claims</u>. As of the Petition Date, the Debtor was indebted to non-disputed unsecured creditors in the approximate amount of $3,000,000.00.

## V. GENERAL DESCRIPTION AND APPROXIMATE VALUE OF DEBTOR'S CURRENT AND FIXED ASSETS

12. The Debtor's assets include approximately $1,000.00 in bank accounts, $8,000.00 in a Sea-Ray Boat, $20,000.00 worth of vehicles (2 cars), approximately $2,000.00 in household furnishings, furniture, clothing and other personal tangible and intangible property, and approximately $2,000,000-$3,250,000.00 in real property. The Debtor also owns 100% of PuroGen and PuroGen Botanics, LLC, whose value is unknown as of the Petition Date.

## VI. NUMBER OF EMPLOYEES AND AMOUNTS OF WAGES OWED AS OF PETITION DATE

13. N/A.

## VII. ANTICIPATED EMERGENCY RELIEF TO BE REQUESTED WITHIN 14 DAYS FROM THE PETITION DATE

14. N/A.

**RESPECTFULLY SUBMITTED** this 26th day of April 2019.

/s/ Justin M. Luna
**Justin M. Luna, Esq.**
Florida Bar No. 0984469
jluna@lseblaw.com
**LATHAM, SHUKER, EDEN & BEAUDINE, LLP**
bknotice@lseblaw.com
111 N. Magnolia Ave., Suite 1400
Orlando, Florida 32801
Telephone: 407-481-5800
Facsimile: 407-481-5801
*Attorneys for the Debtor*

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION
www.flmb.uscourts.gov

In re:                                          CASE NO. 6:19-bk-02682-CCJ

**ALAN JAMES NOVOTNY,**                         **CHAPTER 11**

      Debtor.
_____/

**CERTIFICATE OF SERVICE**

    **I HEREBY CERTIFY** that a true and correct copy of the **CHAPTER 11 CASE MANAGEMENT SUMMARY** has been furnished either electronically and/or by U.S. First Class, postage prepaid mail to: **Alan J. Novotny**, 1250 College Point, Winter Park, Florida 32789; all creditors and parties listed on the matrix attached to the original of this summary of service filed with the Court; and the **United States Trustee**, George C. Young Federal Building, 400 W. Washington St., Suite 1100, Orlando, Florida 32801, on this 26th day of April 2019.

/s/ Justin M. Luna
Justin M. Luna, Esq.

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113A-6<br>Case 6:19-bk-02682-CCJ<br>Middle District of Florida<br>Orlando<br>Fri Apr 26 08:27:02 EDT 2019 | Florida Dept of Revenue<br>P.O. Box 6668<br>Tallahassee, FL 32314-6668 | IRS<br>Centralized Insolvency Operations<br>P.O. Box 7346<br>Philadelphia, PA 19101-7346 |
| Valley National Bank, N.A.<br>c\o Piedra & Associates, P.A.<br>201 Alhambra Circle<br>Suite 1200<br>Coral Gables, FL 33134-5111 | Carol E. Felsing, Trustee<br>630 S Maitland Ave, Ste 120<br>Maitland, FL 32751-5624 | Castle Real Estate Holdings<br>c/o Phillip K. Moeller, Esq.<br>214 South Park Ave., 2nd FL<br>Winter Park, FL 32789-4357 |
| Ernest J Trexler Liv. Trust<br>10150 E. Virginia Ave #9-104<br>Denver, CO 80247-1358 | Financial Pacific Leasing<br>c/o Foster Tompkins, Esq.<br>PO Box 3108<br>Orlando, FL 32802-3108 | Florida Department of Revenue<br>Bankruptcy Unit<br>Post Office Box 6668<br>Tallahassee FL 32314-6668 |
| GREGORY R. BEL, ESQUIRE<br>PIEDRA & ASSOCIATES, P.A.<br>201 Alhambra Circle<br>Suite 1200<br>Coral Gables, Florida 33134-5111 | Gulf Coast Supply<br>& Manufacturing, LLC<br>14429 SW 2nd Place, Ste G30<br>Newberry, FL 32669-6388 | Internal Revenue Service<br>Post Office Box 7346<br>Philadelphia PA 19101-7346 |
| Kevin Earnest<br>1611 Summerland Ave.<br>Winter Park, FL 32789-1446 | Ladd H. Fassett, Esq.<br>1325 West Colonal Drive<br>Orlando, FL 32804-7133 | Liberty Property Limited<br>500 Chesterfield Parkway<br>Malvern, PA 19355-8707 |
| Mount Sinai Allograft Tech.<br>c/o J. Broc McClane, Esq.<br>390 N. Orange Ave., Ste 2200<br>Orlando, FL 32801-1642 | New York Mortgage Trust Inc.<br>Attn: Nathan Reese<br>275 Madison Ave., Ste. 3200<br>New York, NY 10016-1115 | Novasterilis, Inc.<br>c/o Mark F. Ahlers, Esq.<br>1947 Lee Road<br>Winter Park, FL 32789-1834 |
| Orange County Tax Collector<br>PO Box 545100<br>Orlando FL 32854-5100 | Piedra & Assoc. PA<br>201 Alhambra Cir., Ste. 1200<br>Coral Gables, FL 33134-5111 | Total Roof Service, Inc.<br>1820 N Rio Grande Ave.<br>Orlando, FL 32804-5629 |
| (p)US BANK<br>PO BOX 5229<br>CINCINNATI OH 45201-5229 | United States Trustee - ORL<br>Office of the United States Trustee<br>George C Young Federal Building<br>400 West Washington Street, Suite 1100<br>Orlando, FL 32801-2210 | Valley National Bank<br>1700 Palm Beach Lakes Blvd<br>Suite 1000<br>West Palm Beach, FL 33401-2006 |
| Alan James Novotny<br>1250 College Point<br>Winter Park, FL 32789-5730 | Justin M. Luna<br>Latham, Shuker, Eden & Beaudine, LLP<br>P.O. Box 3353<br>Orlando, FL 32802-3353 | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
U.S. Bank, N.A.                      End of Label Matrix
425 Walnut Street                    Mailable recipients    25
Cincinnati, OH 45202-3923            Bypassed recipients     0
                                     Total                  25
```